IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Gordon, Diana L

Printed: 9/23/08

Case Number: 06 B 06342
Judge: Wedoff, Eugene R

Filed: 6/1/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: July 31, 2008
Confirmed: September 7, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 37,800.00 |  |
| Secured: |  | 32,784.77 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,000.00 |
| Trustee Fee: |  | 2,002.72 |
| Other Funds: |  | 12.51 |
| Totals: | 37,800.00 | 37,800.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Melvin J Kaplan Esq | Administrative | 3,000.00 | 3,000.00 |
| 2. | America's Servicing Co | Secured | 43,232.21 | 32,670.92 |
| 3. | City Of Chicago | Secured | 373.00 | 113.85 |
| 4. | America's Servicing Co | Secured | 9,162.77 | 0.00 |
| 5. | Capital One | Unsecured | 49.80 | 0.00 |
| 6. | Trinity Hospital | Unsecured | 60.42 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 118.55 | 0.00 |
| 8. | RJM Acquisitions LLC | Unsecured | 14.61 | 0.00 |
| 9. | City Of Chicago | Unsecured | 17.47 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 77.42 | 0.00 |
| 11. | Midwest Verizon Wireless | Unsecured | 116.97 | 0.00 |
| 12. | Aspire Visa | Unsecured | 139.86 | 0.00 |
| 13. | Devon Financial Services Inc | Unsecured |  | No Claim Filed |
| 14. | Ace | Unsecured |  | No Claim Filed |
| 15. | Bally Total Fitness | Unsecured |  | No Claim Filed |
| 16. | Aspen Acceptance | Unsecured |  | No Claim Filed |
| 17. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 18. | Centennial | Unsecured |  | No Claim Filed |
| 19. | Pay Day Advance Cash To Go | Unsecured |  | No Claim Filed |
| 20. | First National Bank | Unsecured |  | No Claim Filed |
| 21. | Horseshoe Casino Hammond Corp | Unsecured |  | No Claim Filed |
| 22. | Pay Day Express | Unsecured |  | No Claim Filed |
| 23. | Instant Cash Advance | Unsecured |  | No Claim Filed |
| 24. | SBC | Unsecured |  | No Claim Filed |
| 25. | West Asset Management | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Gordon, Diana L

Printed:  9/23/08

Case Number:  06 B 06342
Judge:  Wedoff, Eugene R
Filed:  6/1/06

$ 56,363.08        $ 35,784.77

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 635.04 |
| 5.4% | 1,121.98 |
| 6.5% | 245.70 |
|  | $ 2,002.72 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_